UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN E. JOHNSON, )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>MARGARET SPELLINGS, Secretary, )<br>U.S. Department of Education )<br>)<br>      Defendant. )<br>                                               ) | Civil Action No. 06-321 (GK)<br>Electronic Case Filing |

## **DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

      The defendant, Margaret Spellings, Secretary of the United States Department of Education, by and through her undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint by two weeks. Specifically, the defendant requests that the deadline for responding to this complaint be extended from April 28, 2006 to May 12, 2006. This is the defendant's first request for an extension to respond to the Complaint in this matter. Plaintiff, through her counsel, graciously consents to the relief being sought in this motion.

      This case involves allegations of employment discrimination. The U.S. Attorney's Office was served with the Complaint February 27, 2006. Since then, the Assistant United States Attorney assigned to this case has contacted the Department of Education to obtain information needed to respond to the complaint. However, due to a recent family emergency, the Assistant United States Attorney has been out of the office since April 17, 2006 and does not expect to return until May 8, 2006. Consequently, some additional time is needed to prepare a response to the Complaint in this case.

This motion is filed in good faith and granting it will not unfairly prejudice any of the parties or unduly delay the Court's resolution of this matter. Indeed, allowing the defendant sufficient time to respond helps to ensure that the issues are properly joined.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for answering or otherwise responding to the Complaint be extended to and including May 12, 2006.

Dated: April 24, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)