UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Susan E. Johnson,**

    **Plaintiff,**

        v.                      CIVIL ACTION NO. 06-0321 (GK)

**Margaret Spellings, Secretary,**
**U.S. Department of Education,**

    **Defendant**

## PROPOSED SCHEDULING ORDER

The parties and their counsels in the above-captioned case are directed to comply, in accordance with the Federal Rules of Civil Procedure and the Local Rules, with the following schedule:

Exchange witness lists -- 45 days after scheduling conference

Deadline for post-Rule 26(a) discovery requests -- 60 days after scheduling conference

Plaintiff's Rule 26(a)(2) statements -- 90 days after scheduling conference

Defendant's Rule 26(a)(2) statements -- 120 days after scheduling conference

All discovery closed -- 180 days after scheduling conference

Deadline for filing dispositive motions -- 45 days after close of discovery

Oppositions -- 30 days after filing of dispositive motions

Replies -- 20 days after filing of oppositions to dispositive motions

Status conference -- date to be set by the Court following decisions on dispositive motions

Pretrial Conference -- date to be set by the Court at the status conference