UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SUSAN E. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-0321 (GK) |
| | ) | |
| MARGARET SPELLINGS, | ) | Scheduling Conference |
| Secretary of Education, | ) | June 13, 2006 10:45 am |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S STATEMENT OF THE CASE**

Pursuant to this Court's May 12, 2006 Order, defendant Margaret Spellings, in her official capacity as Secretary of the Department of Education, respectfully files this Statement of the Case.

Plaintiff is a former GS-11 employee of the Department of Education and brings this action pursuant to Section 501 of the Rehabilitation Act, 29 U.S.C. § 791. Plaintiff's complaint in this matter alleges that she was discriminated on the basis of her alleged disabilities when she allegedly was (1) denied a career ladder promotion from GS-11 to GS-12, (2) denied the ability to work certain flex hours, (3) denied an initial request to take 72 hours of leave without pay for a vacation to the Galapagos Islands with her husband and (4) terminated from her employment with the Department of Education. Plaintiff further alleges that the defendant retaliated against her for participating in protected activity. As relief, plaintiff seeks a total of $2,800,000.

As an initial matter, defendant denies taking any adverse employment actions against plaintiff due to her disabilities and denies discriminating against plaintiff in any way based on her disabilities. Defendant asserts that plaintiff's claims are entirely without merit, and denies that plaintiff is entitled to her requested relief or any relief whatsoever. Defendant further asserts

that plaintiff has failed to administratively exhaust most of the claims she pursues in this action. Specifically, plaintiff failed to timely exhaust any claims relating to the denial of a career ladder promotion, any claims relating to her removal from employment with the Department of Education, and any claims of retaliation. Defendant will challenge these claims post-discovery at the summary judgment stage.

June 8, 2006                                    Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, DC BAR #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

_____/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 307-1249
(202) 514-8780 (facsimile)