## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SUSAN E. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-0321 (GK) |
| | ) | Status Conference |
| MARGARET SPELLINGS, | ) | December 18, 2006 |
| Secretary of Education, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO AMEND THE SCHEDULING ORDER

Defendant Margaret Spellings, through undersigned counsel, hereby requests that the Court amend the Scheduling Order in this action to permit defendant to file its disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) on October 30, 2006 rather than October 16, 2006.  This change will effect no other dates or deadlines in this action.

Pursuant to Local Civil Rule 7(m), counsel sought plaintiff's consent for this motion by email, but has not hear from plaintiff's counsel as of the filing of this motion.  Accordingly, defendant cannot represent plaintiff's position on the relief sought herein.

October 16, 2006          Respectfully submitted,

      /s/
JEFFREY A. TAYLOR, D.C. Bar # 489610
United States Attorney

      /s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

      /s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)