## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SUSAN E. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-0321 (GK) |
| | ) | |
| MARGARET SPELLINGS, | ) | |
| Secretary of Education, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on defendant's motion for an extension of time to file expert reports. Upon consideration of all applicable pleadings, relevant law and the record in this case, defendant's motion is hereby GRANTED. The Scheduling Order issued on June 13, 2006 is hereby amended as follows: Defendant shall produce all expert disclosures required by Rule 26(a)(2) on or before October 30, 2006.

_____
Gladys Kessler
United States District Judge

cc:   Counsel of Record via ECF