UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SUSAN E. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-0321 (GK) |
| MARGARET SPELLINGS, Secretary of Education, | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION
OF TIME TO FILE SUMMARY JUDGMENT**

Defendant Margaret Spellings, in her official capacity as Secretary of the Department of Education, respectfully requests that the Court extend the time for her to file summary judgment by three weeks, from March 1, 2007 to March 22, 2007. In support of this motion, defendant states the following:

Counsel for defendant is currently set to begin a seven day Title VII jury trial on March 5, 2007 before Judge Lamberth. Additionally, counsel for defendant currently has a brief due in the D.C. Circuit on March 7, 2007. The combination of these two matters have occupied a great deal of counsel's time and will continue to do so. Because neither of these matters can be extended, defendant will be unable to spend the time necessary to file a proper motion for summary judgment in this matter, defendant respectfully requests that the Court extend the time for defendant to file her motion for summary judgment by three weeks – from March 1 to March 22.

Pursuant to Local Civil Rule 7(m), plaintiff consents to the extension sought herein.

February 26, 2007                    Respectfully submitted,


    /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


    /s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


    /s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)