# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SUSAN E. JOHNSON, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-0321 (GK) |
| | ) | |
| MARGARET SPELLINGS, Secretary of Education, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

## ORDER

This matter comes before the Court on defendant's consent motion for an extension of time to file summary judgment. Upon consideration of all applicable pleadings, relevant law and the record in this case, defendant's motion is hereby GRANTED. Defendant shall file her motion for summary judgment on or before March 22, 2007.

_____
Gladys Kessler
United States District Judge

cc:    Counsel of Record via ECF