UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Susan E. Johnson<br>5902 Mt. Eagle Drive, # 1601<br>Alexandria, Virginia 22303<br>    Plaintiff<br><br>    v.<br><br>Margaret Spellings, Secretary<br>U.S. Department of Education<br>400 Maryland Avenue, S.W.<br>Washington, D.C. 20202<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-0321 (GK)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

**JOINT PRAECIPE**

This Joint Praecipe is submitted to comply with Judge Kessler's order issued at the status conference on December 18, 2006, requiring the counsels for the Plaintiff and the Defendant to report jointly on the status of the case by March 1, 2007.

At the status conference on December 18, 2006, the court referred this case to the Court's Mediation Program.

In a joint mediation session held on January 17, 2007, the Court's designated mediator met with the Plaintiff, the Plaintiff's counsel, and the Plaintiff's husband, and with the Defendant's counsel and the Agency counsel, at which session the potential for settlement was considered.

No agreement for a settlement of the case has been reached.

This Joint Praecipe is submitted on behalf of both the Plaintiff's counsel and the Defendant's counsel.

1

2

February 28, 2007

                                                            Respectfully submitted,

                                                            _____/s/_____
                                                            Richard E. Johnson
                                                            Counsel for the Plaintiff
                                                            District of Columbia Bar # 86686
                                                            3522 Majestic Lane
                                                            Bowie, Maryland 20715-1604
                                                            Phone and fax number: 301-262-9658
                                                            E-mail: richard-johnson@verizon.net