# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SUSAN E. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-0321 (GK) |
| MARGARET SPELLINGS,<br>Secretary of Education, | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Defendant's Motion for Summary Judgment.

Upon consideration of Defendant's Motion, Plaintiff's Opposition thereto, Defendant's Reply, relevant law, and the entire record herein it is hereby this ____ day of _____, 2007,

ORDERED that Defendant's Motion is hereby GRANTED.

This is a final, appealable Order.

_____
Gladys Kessler
United States District Judge

cc:   Counsel of Record via ECF