Sent: Friday, February 22, 2002 2:10 PM
To: Lawrence, Mack; Wood, Gary
Subject: How is my career ladder consideration is going?
Importance: High

Hello you two!!!!

    I am wondering how my career ladder consideration is going? Since I just got my step increase in December 2001 that means I have done at least a year at grade 11….I started as a grade 7 in 1996 (with career ladder promotion to grade 9,11,& 12 through Gloria Jarmon's approval) and it is now 2002 and it doesn't seem fair to me that some people are a lot higher without as much as experience….Yes, I know I did not start out with the Federal Government, but with Private Industry, but frankly the Private Industry is more cut-throat than the Federal Government…..

Thanks for your time!!!!!

Susan J.
<<image001.gif>>

**Tracking:**     **Recipient**
           Wood, Gary
           Lawrence, Mack


EXHIBIT Johnson 5 12-7-06


GOVERNMENT EXHIBIT 2