## Johnson, Susan

| | |
|---|---|
| From: | Johnson, Susan |
| Sent: | Thursday, May 16, 2002 4:43 PM |
| To: | Bowie, Terry |
| Cc: | Carney, Mark |
| Subject: | Determination Letter |
| | |
| Importance: | High |
| Sensitivity: | Confidential |

Please see the attached document.



Determinationletter
.doc

Thank you very much!!!!
Susan E. Johnson

**Tracking:**

| Recipient | Read |
|---|---|
| Bowie, Terry | Deleted: 6/25/2002 6:15 PM |
| Carney, Mark | Read: 5/17/2002 7:24 AM |





1