Mr. Terry Bowie
(by e-mail)

5/18/02

Dear Sir:

I am formally requesting in writing for you to provide me with a written detailed determination whether you are prepared to recommend my career ladder promotion which is currently overdue.

I am formally requesting in writing that should your written detailed determination conclude that you are not immediately recommending this career ladder promotion that the reasons of your decisions be provided in writing at a detailed level and included as an attachment to your determination document.

Your requirement which I expect you will comply with is to provide your written detailed determination with the above attachment to be received by me within 30 days of this request date 6/16/02.

Sincerely,

Susan E. Johnson

cc: Mr. Mark Carney by e-mail


