82

1  confused -- thank you for your time.
2          Now we will be taking the testimony of
3  Mack Lawrence.
4  Whereupon,
5                    MACK LAWRENCE
6  was called as witnesses in the above-entitled
7  matter and, having been previously duly sworn by
8  the Notary Public, was examined and testified as
9  follows:
10         EXAMINATION BY INVESTIGATOR STEWART:
11             BY INVESTIGATOR STEWART:
12      Q.   Can you please state your full name?
13      A.   Mack Bernard Lawrence, Junior.
14      Q.   Your position title?
15      A.   I'm a supervisory financial management
16  analyst.
17      Q.   Your grade and series?
18      A.   GS-501-15.
19      Q.   And organizational unit?
20      A.   ELRG, which is basically grants within
21  the financial management organization.
22      Q.   Okay. How long have you worked for the


GOVERNMENT EXHIBIT 5

1  so I knew -- I knew there was an issue, but I'm
2  not going to say that I knew about a disability.
3  So I knew there was an issue, but not necessarily
4  -- so officially when I became her supervisor.
5      Q.   What is your organizational
6  relationship to Susan Johnson?
7      A.   First line supervisor.
8      Q.   For how long?
9      A.   About a year and a half.
10     Q.   About a year and a half?
11     A.   Mm-hmm.
12     Q.   Okay.  On the first issue, was the
13 complainant eligible for a career ladder promotion
14 from a GS-11 to a GS-12?
15     A.   Yes.
16     Q.   When did she become eligible?
17     A.   She was promoted November 20th, 2000,
18 so sometime in November, November, 2001, I guess.
19     Q.   She became eligible?
20     A.   Yeah, based on time and grade, yes, she
21 became eligible.
22     Q.   So why hasn't she been granted?

1   A.  I guess the short and sweet of it is
2   that in order to really perform the functions that
3   I need, in order for her to move to the next
4   level, you have to be at work. It's impossible --
5   well, it's nearly impossible to do this job unless
6   you're here.
7   And basically, you know, based on her,
8   you know, it's just -- it's difficult. She's not
9   here enough in order to be effective in order to
10  moot to the next grade.
11  Q.  Is attendance a factor in career ladder
12  promotions?
13  A.  No, it's a factor in performing the
14  work that needs to be done, because basically
15  what's happening is this: If she's not here,
16  because we still have it make our deadlines, we
17  have to reassign her work.
18  Q.  Has the complainant discussed possible
19  promotion with you?
20  A.  During her evaluations and this type of
21  thing we've discussed what directions she's moving
22  in, not specifically a promotion, but how to

1  improve her performance.

2  Q.  Okay.  I mean, do you believe the
3  complainant could work effectively at the next
4  grade level?

5  A.  Based on current -- well, I would have
6  to say, based on current attendance, no.  Now, if
7  you come to work there's a possibility, if you
8  don't come to work then it's hard to -- it's hard
9  for me to gauge that.

10  Q.  What about her -- does she exhibit the
11  performance when she's at work to do so?

12  A.  When she's at work there's a couple
13  things that usually happens, usually there's
14  trying to catch up to find out what you need to
15  do, is you spend a sizable -- a large portion of
16  your time trying to figure out what you need to
17  do.

18  Q.  Right.

19  A.  So, yeah, do I think if she were here
20  during the entire time do I think she could do the
21  work if she were here all the time?  I would like
22  to think so.

# CERTIFICATE OF NOTARY PUBLIC

I, CASSANDRA E. ELLIS, the officer before whom the foregoing deposition was taken, do hereby testify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me by stenographically and thereafter reduced to typewriting under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto nor financially or otherwise interested in the outcome of the action.

*Cassandra E. Ellis*
CASSANDRA E. ELLIS

Notary Public in and for
the District of Columbia

My Commission expires: November 14, 2007