NAME Susan E Johnson  
SSN-XXX-XX-1083  
Complete Leave Audit 200001 through 200410  
SCD 10/18/93

| PP | Work Hrs | Annual Leave Acc | Annual Leave Used | Annual Leave CR | Annual Leave Bal | Sick Leave Acc | Sick Leave Used | Sick Leave CR | Sick Leave Bal | LWOP PP | LWOP YTD | Credit Hours Earn | Credit Hours Used | Credit Hours Bal | Hol Leave | Admin LV. | Other Earn | Other Used | Other Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forward | | | | | 4.00 | | | | 0.50 | | | | | 6.50 | | | | | |
| 200001 | 53.00 | 6 | | | 10.00 | 4 | 0.50 | | 4.00 | | 191.26 | | | 6.50 | | | | | |
| 200002 | 51.50 | 6 | 10.00 | | 6.00 | 4 | 4.00 | | 4.00 | 9.00 | 191.25 | 4.50 | 6.50 | 4.50 | 16.00 | 4.00 | | | |
| 200003 | 40.00 | 6 | 4.00 | | 8.00 | 4 | 4.00 | | 4.00 | 8.00 | 17.00 | 11.50 | 5.50 | 10.50 | | | | | |
| 200004 | 38.50 | 6 | 14.00 | | 0 | 4 | 8.00 | | 0 | 8.00 | 25.00 | 3.00 | | 13.50 | 8.00 | 16.00 | | | |
| 200005 | 48.00 | 6 | 4.00 | | 2.00 | 4 | 4.00 | | 0 | 16.00 | 41.00 | | 11.50 | 2.00 | | | | | |
| 200006 | 61.50 | 6 | 2.50 | | 5.50 | 4 | 4.00 | | 0 | | 41.00 | 9.00 | | 11.00 | 8.00 | | | | |
| 200007 | 53.00 | 6 | 9.00 | | 2.50 | 4 | 4.00 | | 0 | 6.00 | 47.00 | 9.50 | 12.00 | 8.50 | | | | | |
| 200008 | 72.00 | 6 | | | 8.50 | 4 | | | 4.00 | 8.00 | 55.00 | 2.00 | 8.00 | 2.60 | | | | | |
| 200009 | 48.00 | 6 | 14.00 | | 0.50 | 4 | 8.00 | | 0 | | 55.00 | 8.00 | | 10.50 | | | | | |
| 200010 | 64.00 | 6 | 6.00 | | 0.50 | 4 | 4.00 | | 0 | 6.00 | 61.00 | | 10.00 | 0.50 | | | | | |
| 200011 | 56.00 | 6 | 4.00 | | 2.50 | 4 | 4.00 | | 0 | 16.00 | 77.00 | | | 0.50 | | | | | |
| 200012 | 32.00 | 6 | | 6 | 2.50 | 4 | | 4 | 0 | 40.00 | 117.00 | | | 0.50 | 8.00 | | | | |
| 200013 | 55.25 | 6 | 8.50 | | 0 | 4 | 4.00 | | 0 | 10.75 | 127.75 | 1.00 | 1.50 | 0 | | | | | |
| 200014 | 57.50 | 6 | | | 6.00 | 4 | | | 4.00 | 22.50 | 150.25 | 1.00 | | 1.00 | | | | | |
| 200015 | 56.00 | 6 | 8.00 | | 4.00 | 4 | 8.00 | | 0 | | 150.25 | 8.50 | | 9.50 | 8.00 | | | | |
| 200016 | 60.00 | 6 | 6.00 | | 4.00 | 4 | 4.00 | | 0 | | 150.25 | 4.00 | 10.00 | 3.50 | | | | | |
| 200017 | 55.00 | 6 | 9.00 | | 1.00 | 4 | 4.00 | | 0 | 8.00 | 158.25 | 5.00 | 4.00 | 4.50 | | | | | |
| 200018 | 32.00 | 6 | | 6 | 1.00 | 4 | | 4 | 0 | 48.00 | 206.25 | 2.50 | | 7.00 | | | | | |
| 200019 | 31.00 | 6 | 5.00 | | 2.00 | 4 | 4.00 | | 0 | 25.00 | 231.25 | 2.00 | 7.00 | 2.00 | 8.00 | | | | |
| 200020 | 80.00 | 6 | | | 8.00 | 4 | | | 4.00 | | 231.25 | 12.00 | | 14.00 | | | | | |
| 200021 | 64.00 | 6 | 4.00 | | 10.00 | 4 | 4.00 | | 4.00 | | 231.25 | 13.00 | 8.00 | 19.00 | 8.00 | | | | |
| 200022 | 59.25 | 6 | | | 16.00 | 4 | 3.75 | | 4.25 | | 231.25 | 4.00 | 9.00 | 14.00 | | | | | |
| 200023 | 46.75 | 6 | 22.00 | | 0 | 4 | 8.00 | | 0.25 | | 231.25 | 2.00 | 4.25 | 11.75 | 8.00 | | | | |
| 200024 | 63.50 | 6 | | | 6.00 | 4 | | | 4.25 | | 231.25 | 6.50 | 8.50 | 9.75 | | | | | |
| 200... | 58.50 | 6 | | | 12.00 | 4 | 8.00 | | 8.26 | | 231.26 | 12.75 | 11.50 | 11.00 | 8.00 | 2.00 | | | |



GOVERNMENT EXHIBIT

| PP | Work Hrs | Annual Leave Acc | Annual Leave Used | Annual Leave CR | Annual Leave Bal | Sick Leave Acc | Sick Leave Used | Sick Leave CR | Sick Leave Bal | LWOP PP | LWOP YTD | Credit Hours Earn | Credit Hours Used | Credit Hours Bal | Hol Leave | Admin LV | Other Earn | Other Used | Other Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200026 | 46.50 | 6 | 9.25 | | 8.75 | 4 | 4.00 | | 0 | | | 2.00 | 8.00 | 5.00 | | | | | |
| 200101 | 0 | 10 | 8.00 | 10 | 0.75 | 4 | 3.00 | 4 | 1.00 | 64.00 | 303.25 | | 5.00 | 0 | | | | | |
| 200102 | 67.50 | 6 | | | 6.75 | 4 | 4.50 | | 0.50 | 8.00 | 303.25 | 4.75 | | 4.75 | 8.00 | | | | |
| 200103 | 52.75 | 6 | 6.50 | | 8.25 | 4 | 8.25 | | 0 | 239.25 | 303.25 | | | | | | | | |
| 200104 | 61.00 | 6 | 12.00 | | 0.25 | 4 | 3.00 | | 0 | | | 3.00 | 6.25 | 1.50 | 8.00 | 2.00 | | | (.5 hrs sick conv to comptime) |
| 200105 | 58.00 | 6 | 8.00 | | 6.75 | 4 | 4.00 | | 0 | | | 5.00 | 4.00 | 4.75 | | | | | |
| 200106 | 59.50 | 6 | | | 6.25 | 4 | 4.00 | | 0 | | | 5.00 | 3.00 | 3.50 | | | | | |
| 200107 | 70.00 | 6 | 8.00 | | 4.25 | 4 | | | 4.00 | 12.00 | 12.00 | 7.00 | 2.00 | 9.75 | | | | | |
| 200108 | 24.00 | 6 | 10.25 | | 0 | 4 | 8.00 | | 0 | 28.00 | 40.00 | 3.00 | 9.75 | 3.00 | | | | | |
| 200109 | 74.50 | 6 | | | 6.00 | 4 | 2.50 | | 1.50 | | 40.00 | 2.50 | 4.50 | 7.50 | 8.00 | | | | |
| 200110 | 75.75 | 6 | | | 12.00 | 4 | 1.50 | | 4.00 | | 40.00 | 5.00 | 4.75 | 9.50 | | | | | |
| 200111 | 67.25 | 6 | | | 18.00 | 4 | 8.00 | | 0 | | 40.00 | 6.00 | 11.25 | 10.00 | 8.00 | | | | |
| 200112 | 65.25 | 6 | | | 24.00 | 4 | 2.25 | | 1.75 | | 40.00 | 4.50 | 6.75 | 15.25 | | | | | |
| 200113 | 80.00 | 6 | | | 30.00 | 4 | | | 5.75 | | 40.00 | 7.00 | 2.75 | 8.25 | | | | | |
| 200114 | 65.25 | 6 | | | 36.00 | 4 | 8.00 | | 1.75 | | 40.00 | | 17.50 | | | | | | |
| 200115 | 60.75 | 6 | | | 42.00 | 4 | | | 5.75 | | 40.00 | 10.00 | | 8.25 | 8.00 | | | | |
| 200116 | 63.25 | 6 | 8.00 | | 40.00 | 4 | 4.00 | | 9.75 | | 40.00 | | 6.00 | 0.75 | | | | | |
| 200117 | 69.50 | 6 | | | 46.00 | 4 | | | 9.75 | | 40.00 | | | | | | | | |
| 200118 | 30.00 | 6 | 40.00 | | 12.00 | 4 | 4.00 | | 9.75 | 40.00 | 40.00 | | | 8.25 | | | | | |
| 200119 | 41.00 | 6 | 17.25 | | 0.75 | 4 | 13.75 | | 0 | 40.00 | 40.00 | 7.50 | | 8.25 | | | | | |
| 200120 | 60.00 | 6 | 4.00 | | 2.75 | 4 | 4.00 | | 0 | 40.00 | 40.00 | 10.00 | 8.00 | 10.25 | | 4.00 | | | |
| 200121 | 32.00 | 6 | 5.75 | | 3.00 | 4 | 4.00 | | 0 | 65.00 | 65.00 | 5.00 | 13.25 | 2.00 | 8.00 | | | 7.50 | 7.50 |
| 200122 | 48.00 | 6 | 4.00 | | 5.00 | 4 | 4.00 | | 0 | | 65.00 | 8.00 | 8.50 | 1.50 | | | | 7.50 | 0 |
| 200123 | 44.00 | 6 | 9.00 | | 2.00 | 4 | 4.00 | | 0 | 13.50 | 78.50 | 4.00 | 5.50 | 0 | | | 4.00 | 4.00 | 0 |
| 200124 | 12.00 | 6 | 2.00 | | 0 | 4 | | 4 | 0 | 58.00 | 136.50 | | | 0 | | 8.00 | | | |
| 200125 | 14.00 | 6 | | 6 | 0 | 4 | | | 0 | 56.00 | 192.50 | | | 0 | 8.00 | 2.00 | | | |
| 200126 | 48.00 | 6 | 6.00 | | 0 | 4 | 4.00 | | 0 | 22.00 | 214.50 | 1.00 | | 1.00 | | | | | |
| 200201 | 37.50 | 10 | 6.00 | | 4.00 | 4 | 4.00 | | 0 | 16.00 | 230.50 | | 0.50 | 0.50 | 16.00 | | | | |
| 200_ | 50.00 | 6 | 4.00 | | 6.00 | 4 | 4.00 | | 0 | | 230.50 | 2.00 | 2.00 | 0.50 | 8.00 | 2.00 | | | |

| PP | Work Hrs | Annual Leave Acc | Annual Leave Used | Annual Leave CR | Annual Leave Bal | Sick Leave Acc | Sick Leave Used | Sick Leave CR | Sick Leave Bal | LWOP PP | LWOP YTD | Credit Hours Earn | Credit Hours Used | Credit Hours Bal | Hol Leave | Admin LV | Other Earn | Other Used | Other Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200203 | 56.00 | 6 | 3.50 |  | 8.50 | 4 | 4.00 |  | 0 | 0 | 0 | 8.00 | 8.50 | 0 | 8.00 |  |  |  |  |
| 200204 | 72.00 | 6 |  |  | 14.50 | 4 | 4.00 |  | 0 | 0 | 0 | 7.00 | 4.00 | 3.00 |  |  |  |  |  |
| 200205 | 62.50 | 6 | 2.50 |  | 18.00 | 4 | 4.00 |  | 0 | 0 | 0 |  | 3.00 | 0 | 8.00 |  |  |  |  |
| 200206 | 55.00 | 6 | 17.00 |  | 7.00 | 4 | 4.00 |  | 0 | 0 | 0 |  |  | 0 |  |  |  |  |  |
| 200207 | 40.00 | 6 | 11.00 |  | 2.00 | 4 | 4.00 |  | 0 | 25.00 | 25.00 | 4.00 | 4.00 | 0 |  |  |  |  |  |
| 200208 | 29.00 | 6 | 8.00 |  | 0 | 4 | 4.00 |  | 0 | 34.00 | 59.00 | 5.00 | 5.00 | 0 |  |  |  |  |  |
| 200209 | 0 | 6 |  | 6 | 0 | 4 |  | 4 | 0 | 80.00 | 139.00 |  |  | 0 |  |  |  |  |  |
| 200210 | 42.00 | 6 | 8.00 |  | 0 | 4 | 4.00 |  | 0 | 20.00 | 159.00 | 8.00 | 8.00 | 0 |  |  |  |  |  |
| 200211 | 64.00 | 6 | 4.00 |  | 2.00 | 4 | 4.00 |  | 0 |  | 159.00 | 8.50 | 8.00 | 1.50 |  |  |  |  |  |
| 200212 | 32.00 | 6 | 2.00 | 6 |  | 4 | 4.00 |  | 0 | 36.50 | 195.50 |  | 1.50 | 0 | 8.00 |  |  |  |  |
| 200213 | 32.00 | 6 | 6.00 |  | 0 | 4 | 4.00 |  | 0 | 38.00 | 233.50 | 3.00 |  | 3.00 |  |  |  |  |  |
| 200214 | 64.00 | 6 | 6.00 |  | 0 | 4 | 4.00 |  | 0 |  | 233.50 | 6.00 | 6.00 | 3.00 |  |  |  |  |  |
| 200215 | 44.00 | 6 |  | 6 | 0 | 4 |  | 4 | 0 | 21.00 | 254.50 | 4.00 | 7.00 | 0 | 8.00 |  |  |  |  |
| 200216 | 62.00 | 6 | 8.00 |  | 0 | 4 | 2.00 |  | 2.00 | 10.00 | 264.50 | 1.00 |  | 1.00 |  |  |  |  |  |
| 200217 | 40.00 | 6 | 4.00 |  | 2.00 | 4 | 4.00 |  | 2.00 | 32.00 | 296.50 | 5.75 | 6.76 |  |  |  |  |  |  |
| 200218 | 45.00 | 6 | 6.00 |  | 2.00 | 4 | 6.00 |  | 0 | 14.00 | 310.50 | 4.00 | 9.00 | 1.75 |  |  |  |  |  |
| 200219 | 15.00 | 6 | 2.00 | 6 |  | 4 |  |  | 0 | 61.26 | 371.75 |  | 1.75 | 0 |  |  |  |  |  |
| 200220 | 38.00 | 6 | 6.00 |  | 0 | 4 | 4.00 |  | 0 | 26.00 | 397.75 | 6.00 | 6.00 | 0 |  |  |  |  |  |
| 200221 | 63.00 | 6 | 6.00 |  | 0 | 4 |  |  | 0 | 2.00 | 399.75 | 5.00 | 5.00 | 0 |  |  |  |  |  |
| 200222 | 16.00 | 6 |  | 6 | 0 | 4 |  |  | 4.00 | 64.00 | 463.75 |  |  | 0 |  |  |  |  |  |
| 200223 | 73.00 | 6 |  |  | 6.00 | 4 |  |  | 0 | 1.00 | 464.75 | 7.00 | 6.00 | 1.00 |  |  |  |  |  |
| 200224 | 16.00 | 6 | 6.00 |  | 0 | 4 | 4.00 |  | 0 | 43.00 | 507.75 | 4.00 | 3.00 | 2.00 | 8.00 |  |  |  |  |
| 200225 | 14.00 | 6 | 6.00 |  | 0 | 4 | 4.00 |  | 0 | 44.00 | 551.75 | 1.00 | 2.00 | 1.00 | 8.00 |  |  | 2.00 |  |
| 200226 | 24.00 | 6 |  |  | 0 | 4 |  |  | 0 | 56.00 | 607.75 | 3.00 |  | 4.00 |  |  |  |  |  |
| 200301 | 32.00 | 10 | 6.00 |  | 4.00 | 4 |  |  | 0 | 20.00 | 627.75 | 2.00 | 6.00 | 0 | 12.00 |  | (T&A amended LWOP hrs) |  |  |
| 200302 | 8.00 | 6 |  | 6 | 4.00 | 4 | 4.00 |  | 0 | 64.00 | 691.75 |  |  | 0 | 8.00 |  |  |  |  |
| 200303 | 0 | 6 | 10.00 |  | 0 | 4 | 4.00 |  | 0 | 58.00 | 58.00 |  |  | 0 | 8.00 |  |  |  |  |
| 200304 | 16.00 | 6 |  | 6 | 0 | 4 |  |  | 0 | 64.00 | 122.00 |  |  | 0 |  |  |  |  |  |
| 200? | 16.00 | 6 |  | 6 | 0 | 4 |  | 4 | 0 |  | 170.00 |  |  | 0 | 8.00 | 8.00 |  |  |  |

| PP | Work Hrs | Annual Leave | | | | Sick Leave | | | | LWOP | | Credit Hours | | | Hol Leave | Admin LV | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Acc | Used | CR | Bal | Acc | Used | CR | Bal | PP | YTD | Earn | Used | Bal | | | Earn | Used | Bal |
| 200306 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 250.00 | | | 0 | | | | | |
| 200307 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 330.00 | | | 0 | | | | | |
| 200308 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 410.00 | | | 0 | | | | | |
| 200309 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 490.00 | | | 0 | | | | | |
| 200310 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 570.00 | | | 0 | | | | | |
| 200311 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 650.00 | | | 0 | | | | | |
| 200312 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 730.00 | | | 0 | | | | | |
| 200313 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 810.00 | | | 0 | | | | | |
| 200314 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 890.00 | | | 0 | | | | | |
| 200315 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 970.00 | | | 0 | | | | | |
| 200316 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 1050.00 | | | 0 | | | | | |
| 200317 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 1130.00 | | | 0 | | | | | |
| 200318 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 1210.00 | | | 0 | | | | | |
| 200319 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 1290.00 | | | 0 | | | | | |
| 200320 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 1370.00 | | | 0 | | | | | |
| 200321 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 1450.00 | | | 0 | | | | | |
| 200322 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 1530.00 | | | 0 | | | | | |
| 200323 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 1610.00 | | | 0 | | | | | |
| 200324 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 1690.00 | | | 0 | | | | | |
| 200325 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 1770.00 | | | 0 | | | | | |
| 200326 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 1850.00 | | | 0 | | | | | |
| 200401 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 1930.00 | | | 0 | | | | | |
| 200402 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 2010.00 | | | 0 | | | | | |
| 200403 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 80.00 | | | 0 | | | | | |
| 200404 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 160.00 | | | 0 | | | | | |
| 200405 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 240.00 | | | 0 | | | | | |
| 200406 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 320.00 | | | 0 | | | | | |
| 200407 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 400.00 | | | 0 | | | | | |
| 200408 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 480.00 | | | 0 | | | | | |

| PP | Work Hrs | Annual Leave | | | | Sick Leave | | | | LWOP | | Credit Hours | | | Hol Leave | Admin LV | Other | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Acc | Used | CR | Bal | Acc | Used | CR | Bal | PP | YTD | Earn | Used | Bal | | | Earn | Used | Bal |
| 200409 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 560.00 | | | 0 | | | (T&A coded AWOL) | | |
| 200410 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 4 | 0 | 80.00 | 640.00 | | | 0 | | | (T&A coded AWOL) | | |
| balances | | | | | 0.00 | | | | 0.00 | | 640.00 | | | 0.00 | | | | | |

Total LWOP & AWOL hrs 3235.50

(from 200001 through 200410)