UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN E. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-0321(GK) |
| ) | |
| MARGARET SPELLINGS, SECRETARY ) | |
| OF EDUCATION, ) | |
| ) | |
| Defendant. ) | |

## SWORN DECLARATION OF CYNTHIA LOGAN

I, Cynthia Logan, hereby, declare, under penalty of perjury, that the following statement of mine is true and correct. I am a GS-510-14 Accountant, Office of the Chief Financial Officer, Unite States Department of Education here in Washington, D.C. From 1998 to 2000, Susan E. Johnson, the Complainant, was assigned to my team within the Grants Programs and Administrative Reporting and Reconciliation Group, Financial Management Operations. She was reassigned off of my team, effective April 11, 2000.

When I initially became her supervisor in 1998, I surprised to learn that her prior supervisor had allowed her to come and go as Johnson's pleased, literally letting her work without any oversight. Often Susan Johnson would come in late and work late until the night – all by herself. After having the opportunity to read the Department's Reasonable Handbook, I realized that allowing such continued activities like that was just not appropriate and did not constitute reasonable accommodation on the part of management. I sought more guidance.

I still allowed Susan Johnson the flexibility to work such hours but I made it a point of requiring her to provide me with as much advance notice of the need to do so and to seek my



approval as well. I would indicate my approval by initialing her timesheets and any written requests from her. However, after a short while, she complained to Mack Lawrence, my supervisor, that this was not acceptable. I told him as much as well. After that, she was taken off my team.

Nothing above this.

_____
Cynthia Logan

March 20, 2007
Washington, D.C.