JOSHI & MERCHANT, M.D. P.A.
1101 ST. PAUL ST., SUITE 401
BALTIMORE MD 21202
—
TELEPHONE (301) 727-4088

SUBURBAN OFFICES
LAUREL & CROFTON

BY APPOINTMENT ONLY

Jan 14, 1995

To whom it May Concern

Re: Susan Johnson

This is to inform you that Ms. Susan Johnson is under my care and is being seen every 3 to 4 weeks. Due to recent changes in her medical Condition She has needed medication changes and more frequent follow up visits. She could benefit from a work schedule of less than 8 hours a day from time to time depending on her overall condition. This flexibility is essential in order to keep her Stresses to a minimum.

Sincerely,

George C. James M.D.

GEORGE C. JAMES M.D.



