**Valentic, Paul**

From: Johnson, Susan
Sent: Wednesday, February 05, 2003 8:43 AM
To: Valentic, Paul

FYI

-----Original Message-----
From: Johnson, Susan
Sent: Thursday, March 23, 2000 6:08 PM
To: Johnson, Susan; Lawrence, Mack
Cc: Logan, Cynthia; Wright, Gerri
Subject: RE: Credit Hours

This is the last e-mail tonight. Keith let it under "Reasonnable Accomodation" and let me decide the hours due to my illness not being always predictable. I would have to ask for approval all the time...THE KEY IS IT IS NOT EXTRA HOURS BUT MAKE-UP HOURS.

-----Original Message-----
From: Johnson, Susan
Sent: Thursday, March 23, 2000 5:43 PM
To: Lawrence, Mack
Cc: Logan, Cynthia; Wright, Gerri
Subject: RE: Credit Hours

You modified the entire agreement...

-----Original Message-----
From: Lawrence, Mack
Sent: Thursday, March 23, 2000 4:52 PM
To: Johnson, Susan
Cc: Logan, Cynthia; Wright, Gerri
Subject: RE: Credit Hours

Susan,

We have to make a slight modification to your agreement with Keith and Maureen. You may continue to work credit hours, but you must receive approval from your team leader (Cynthia) prior to performing the work. Please stop by if there are any questions or concerns.

Effective: March 26, 2000


**Mack Lawrence**
**205-2427**
**4C118**

-----Original Message-----
From: KAColeCPA@aol.com [SMTP:KAColeCPA@aol.com]
Sent: Saturday, February 12, 2000 10:43 AM
To: Susan_Johnson@ed.gov; cynthia_logan@ed.gov
Cc: Mack_lawrence@ed.gov; maureen_harris@ed.gov
Subject: Credit Hours

After an untold number of emails between Cynthia and Susan and now a phone call to me from Susan, I want to once again make it perfectly clear as to what we have
agreed upon for Susan to work credit hours.

Because Susan has some difficulty to stay on a daily routine, consistent schedule, I authorized Susan to work credit hours when it was physically



1

possible for her to do so just as long as she had work to do.

There is no requirement for her clock in or out with her team leader or supervisor. This is to accommodate her disability and work being done needs to be measurable and at her grade level just as would be expected of any other employee.

Hopefully, this resolves any questions or misunderstandings.

Thank you

Keith