## Johnson, Tammie

**From:** Wright, Gerri
**Sent:** Thursday, March 13, 2003 2:05 PM
**To:** Johnson, Tammie
**Subject:** FW: Urgent! Susan Johnson's approval of LWOP for March 18th to March 28th (Response)

-----Original Message-----
From: Lawrence, Mack
Sent: Thursday, March 13, 2003 7:55 AM
To: Wright, Gerri
Cc: Shiver, Regina
Subject: FW: Urgent! Susan Johnson's approval of LWOP for March 18th to March 28th (Response)


Gerri & Regina,

FYI-

Mack Lawrence
U.S. Department of Education
Grant Program, Admin Rpt and Recon Group (ELRG)
202-205-2427
4C134

-----Original Message-----
From:    Johnson, Susan
Sent: Wednesday, March 12, 2003 6:32 PM
To:    Lawrence, Mack; "wildcitycat@aol.com ' '; "wildcitycat@aol.com' '
Cc:    Bowie, Terry
Subject:    RE: Urgent! Susan Johnson's approval of LWOP for March 18th to March 28th (Response)

Mr. Lawrence, since we did not receive a timely reply from you and the only reply was your condition that I must come to the office which was an impossible request by you I referred this matter to the proper authorities.  I would suspect that these proper authorities will be contacting you in the near future.
Since I referred this matter to the proper authorities I am awaiting their recommendations on what precisely needs to be further done by me.  I suggest that until then we disconnect communications on this precise subject matter.
-----Original Message-----
From: Lawrence, Mack
To:    'wildcitycat@aol.com '; Johnson, Susan; 'wildcitycat@aol.com'
Cc:    Bowie, Terry
Sent: 3/12/2003 3:19 PM
Subject:    Urgent! Susan Johnson's approval of LWOP for March 18th to March 28th (Response)


<<Document.pdf>>

------------------------------------------------------------

Please open the attached document.
This document was sent to you using an HP Digital Sender.
    Sent by:                    <mack.lawrence@ed.gov>

1



```
Number of pages:            16
Document type:              B/W Document
Attachment File Format:     Adobe PDF
```

To view this document you need to use the Adobe Acrobat Reader.
For free copy of the Acrobat reader please visit:
http://www.adobe.com
For more information on the HP Digital Sender please visit:
http://www.digitalsender.hp.com

Mack Lawrence
U.S. Department of Education
Grant Program, Admin Rpt and Recon Group (ELRG)
202-205-2427
4C134
-----Original Message-----
From: Johnson, Susan
Sent: Tuesday, March 04, 2003 6:48 PM
To:   Lawrence, Mack
Cc:   'wildcitycat@aol.com '
Subject:   RE: Susan Johnson's approval of LWOP for March 18th to
      March 28th....

Mr. Lawrence,
As I stated in my e-mail request-I am having difficulty getting in.  I
am requesting that you do not condition the reply of my leave request on
my having to be in; although, I am still trying to get in.
I am making this e-mail a second request that you take some action on my
leave request.  I believe I have provided you with a detailed
explanation why I need to take the leave.  The reason I need the
accomodation will not change whether I send you the details or give you
the details verbally.
I also want to ensure that this is not handled verbally and the
documentation will exist showing your decision on this matter.
Again, I wish to receive your decision by return e-mail.
-----Original Message-----
From: Lawrence, Mack
To:   'Wildcitycat@aol.com'
Cc:   Wood, Gary; Johnson, Susan
Sent: 3/3/2003 5:28 PM
Subject:   RE: Susan Johnson's approval of LWOP for March 18th to
      March 28th....

Susan,

Please, see me when you get in.

Mack Lawrence
U.S. Department of Education
Grant Program, Admin Rpt and Recon Group (ELRG)
202-205-2427
4C134
-----Original Message-----
From: Wildcitycat@aol.com [mailto:Wildcitycat@aol.com]
Sent: Friday, February 28, 2003 6:22 PM
To:   Mack.Lawrence@ed.gov
Cc:   Gary.Wood@ed.gov; Susan.Johnson@ed.gov
Subject:   Susan Johnson's approval of LWOP for March 18th to March
      28th....

Mr. Lawrence,

I am requesting at this time approval for LWOP for the period between
March 18th to March 28th.  This is a total of 72 LWOP hours.  While I am
attempting to come in between now and March 17th, I wish to request that
you approve this request now.  If I earn any credit hours between now
and March 17th, of course, I will apply those to the 72 hours.

2

As you are well aware, I am having a great deal of difficulty at this time with coming in. This is very likely a direct side effect of current activities I am involved with at the agency.

With my doctor's support, I am going outside of the country during this time to recuperate. It is felt that this recuperation might possible make it more likely for me to return to a normal work life.

Please reply as quickly as possible.
Sincerely,
Susan E. Johnson