

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF THE CHIEF FINANCIAL OFFICER

March 12, 2003


EXHIBIT
Johnson 11
12-7-06

Susan Johnson
5902 Mt. Eagle Drive, #1601
Alexandria, VA 22303-2513

SUBJECT:   Request for Supporting Medical Documentation

On February 28, 2003 you sent me an e-mail requesting 72 hours of Leave Without Pay (LWOP). You stated that you were going outside of the country to recuperate, with your doctor's support.

Although you verbally informed me of your medical condition, you have never provided me with any adequate medical documentation to support any of your requests for leave due to your medical condition.

In order to make an informed management decision concerning your request for additional LWOP, it is necessary for you to provide medical documentation regarding any medical or psychological conditions that may be affecting your ability to report to work.

Your physician will need to certify that you are unable to report to work. Please share this letter with your physicians(s) and/or treatment official(s) so that they can assist you with providing the following:

(1)  An indication as to how your condition prevents you from performing your specific duties in the work environment (your Position Description and last year's GPAS Agreement are attached to assist with this analysis).

(2)  Any limitations or dangers that may be present if you return to work.

(3)  Diagnosis, supported by diagnostic assessments, of any conditions that may be contributing to the concerns outlined. Please address the current clinical status.

(4)  Prognosis, including assessment of compliance with any current treatments. Please assess probability that medication/treatment can correct medical condition and indicate possible side effects of treatment.

(5)  An estimate of the expected date of partial or full recovery.


GOVERNMENT
EXHIBIT
11

400 MARYLAND AVE., S.W., WASHINGTON, D.C. 20202-4300
www.ed.gov

*Our mission is to ensure equal access to education and to promote educational excellence throughout the Nation.*

It is necessary for Ms. Regina Shiver of the Employee Relations Team or me to receive the requested information by noon on March 17, 2003 in order for me to review it prior to the date you requested to be LWOP status. You will need to contact me on March 17, 2003 by 3:30 pm to find out if your request has been approved.

If the information submitted is not sufficient, the Department's Medical Review Officer, Dr. Presant, may need to speak with your physician to obtain additional information. In order for Dr. Presant to speak with your physician, you must sign a "Release of Medical Information" form. I have attached this form to this memorandum. This form must also be submitted by noon on March 17, 2003.

Based on your physician's assessment of your medical condition, you may be entitled to 12 weeks of LWOP under the Family and Medical Leave Act (FMLA). I have attached information concerning FMLA. If you believe you are entitled 12 weeks of LWOP under FMLA, you should have your physician complete the attached FMLA Medical Certification Form.

You should enclose the information in envelopes marked "Confidential" to:

>Mack Lawrence, Supervisor
>Grant Program, Admin Rpt and Recon Group
>U.S. Department of Education
>Office of Chief Financial Officer
>Room 4C134, FB-6
>400 Maryland Avenue, S.W.
>Washington, D.C. 20202

-OR-

>Ms. Regina Shiver
>Human Resources Group/Employee Relations
>U.S. Department of Education
>400 Maryland Avenue, S.W.
>Room 2E233
>Washington, D.C. 20202

If you or your doctor/treatment official have any questions, or wish to discuss this memorandum further, please let me know and I will respond. Alternatively, you may also speak with Regina Shiver. Ms. Shiver may be contacted on (202) 401-1920.

Sincerely,

Mack Lawrence, Supervisor
Grant Program, Admin Rpt and Recon Group (ELRG)

Enclosures:
a) Position Description
b) Medical Release Form
c) GPAS

CC:   Regina Shiver



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF THE CHIEF FINANCIAL OFFICER

## RELEASE OF MEDICAL INFORMATION

I, _____, authorize my physicians, counselors, and/or treatment officials to release the medical records and/or other information pertaining to my condition(s) to my supervisor, _____, other appropriate management officials with a need to know, and the Department's Medical Review Officer. This information is needed to determine what accommodations of my condition(s) can be made. I understand that this release also authorizes my physician(s), counselors, and/or treatment officials to orally discuss these matters with these officials as necessary.

_____
Employee Signature

_____
Date

## GPAS Employee Performance Agreement
## Employee 2001A

Employee: JOHNSON, SUSAN E  
Title: ACCOUNTANT  
Pay Plan/Series/Grade: GS / 0510 / 11  
Organization: ELRG  
Rating Period:

Benchmark descriptions for assigning scores on the scale are contained in PMI 430-2.

| Fail | | | Pass | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**Work Quality, Productivity & Customer Service (critical)**
1. Delivers quality products/services that address customer requirements.
2. Meets essential deadlines and commitments.
3. Communicates clearly, courteously, and effectively.
4. Improves and applies technical knowledge/skills to carry out assignments effectively.
5. Uses available resources efficiently.

**Teamwork and Cooperation**
6. Shares skills/knowledge effectively; works cooperatively with others to achieve goals.
7. Willingly accepts and completes a fair share of the workload.
8. Adapts willingly and in a timely way to changing assignments, priorities, and responsibilities.
9. Participates in reviewing/improving work processes of team/organization.

**Job-Specific (critical)**
10. Performs analysis and reconciliations for my assigned fund families to ensure account accuracy and their auditability for internal and external accounting reports, general ledger, and/or financial statements.
11. Researches problems, and provides assistance in resolving finanacial problems that arise. Develops and maintains proprietary/budgetary accounting entries in support of financial statements.
12. Performs analysis and research to resolve cash differences between the Department's accounting records and the Treasury's records for the respective assigned fund families.
13. Review and maintain accurate and current financial statement relationships for assigned fund families.
14. Participates in the preparation of the Departmental Financial Statements and provide expert analysis and review to support the Financial Audit process.
15. Respond to questions and handles various requests for financial information.
16. Performs special assignments within established deadlines and in a manner demonstrating programmatic and professional expertise.
17. Recommends, plans, and initiates change to the financial system processes, resulting in improvements in efficiency, accuracy, and internal control.

---

Susan E. Johnson  7/06/01  
Employee Signature   Date

[signature]  7/9/01  
Rating Official Signature   Date

[signature]  7/11/01  
Approving Official Signature   Date

Progress Review

_____  _____  
Employee's Initial   Date

_____  _____  
Supervisor's Initial   Date

Printed On: 07/06/2001           Page 1 of 1

Team Selection

Page 1 of 1

Employee 2001A, start date 9/4/2001

**SUSAN E, your team has been accepted for:**

SUSAN E JOHNSON
Customer (Min=3, Max=8)
FARRAND C PRINDLE
MACK B LAWRENCE JR.
NELLER M JOHNSON
Rating Official (Min=1, Max=1)
GARY H WOOD
Coworker (Min=3, Max=8)
BONNIE C STINSON
DAVID R DANA
DORETHA GLASGOW
FLORINE E JONES
NICOLE C LAWS






© 2000 TEAMS International. All Rights Reserved. Intelligent Consensus is a registered trademark of TEAMS International.

7/6/01

http://gpas.ed.gov/gpasweb/teamsel.asp

# DEPARTMENT OF EDUCATION
## POSITION AUTHORIZATION AND DESCRIPTION

| 1. [Position No.] | 2. ORGANIZATION CODE | 1. POSITION DESCRIPTION NO | 2. SUBJECT TO IA ACTION |
|---|---|---|---|
| LP035 | ELRG | B0912 A | ☒ YES ☐ NO |

| 3. ORGANIZATIONAL TITLE | 3. OFFICIAL CLASSIFICATION OF POSITION |
|---|---|
| SYSTEMS ACCOUNTANT | a. TITLE: Systems Accountant |

| 4. ORGANIZATIONAL LOCATION OF POSITION | b. PAY PLAN | c. OCC. SERIES | d. GRADE | e. PAY BASIS | f. INITIALS |
|---|---|---|---|---|---|
| a. FIRST SUBDIVISION (Major Department) OFFICE OF THE CHIEF FINANCIAL OFFICER | AD | 510 | 11 | P.A. | [initials] |

b. SECOND SUBDIVISION: Management Financial [Services] and [Business] Operations
4. DATE POSITION ESTABLISHED: 97-11-19
5. DATE POSITION LAST AUDITED:

c. THIRD SUBDIVISION: Grant [Mgmt] Adm Reports & Record[s] [Mgmt]

6. TITLE OF OFFICIAL TAKING ACTION: Personnel Management Specialist
7. NAME AND SIGNATURE: Sonja Brown

5. REASON FOR SUBMISSION (Show any positions replaced):
☐ REDESCRIPTION  ☐ NEW  ☐ REPLACES PD NO
☐ REESTABLISH  ☒ OTHER

8. STANDARDS USED IN CLASSIFYING OR GRADING POSITION: AD-510

| 6. EMP. FIN. STATEMENT REQUIRED | 7. PAY BLK. LO4 | 8. TIMEKPR. DEL. CODE | 9. OCC. SERIES MODIFIER 04 | 10. POSITION STATUS ☒ COMPETITIVE ☐ EXCEPTED |
|---|---|---|---|---|

| 2. SIGNATURE OR NAME OF EMPLOYEE (Optional) | DATE | 11. SUPERVISORY CODE 8 | 12. MERIT PAY POOL | 13. GRADE RANGE 9 LOW 12 HIGH |
|---|---|---|---|---|
| Susan Johnson | | | | |

| 14. FLSA CODE ☐ E ☐ N ☒ M ☐ D | 15. COMPETITIVE AREA | 16. COMPETITIVE LEVEL CODE LDG |
|---|---|---|

| 17. LMR CODE P | 18. BARGAINING UNIT ☒ 0030 ☐ 7777 ☐ 8888 | 19. FUNC. CLASS 00 |
|---|---|---|

10. NAME AND TITLE OF IMMEDIATE SUPERVISOR: Denny Harris, Supervisory Computer Specialist
20. POSITION TENURE: P
21. AGENCY CODE: EDEL

| 11. SIGNATURE | DATE 9-10-97 | 22. BPO 71 | 23. OFF. OFFICE 71 | 24. EMP. OF. LOC. 71 |
|---|---|---|---|---|

12. NAME AND TITLE OF HIGHER LEVEL SUPERVISOR OR MANAGER (Type or print) (Optional)

| STATE 11 | CITY 0010 | COUNTY 001 |
|---|---|---|

13. SIGNATURE / DATE
14. SIGNATURE OF SECURITY OFFICER / DATE 9/10/97
15. SENSITIVITY CODE: 5q
16. CAN NUMBER
17. SIGNATURE OF EXECUTIVE OFFICER / DATE 9/10/97

REMARKS: See attached EP-8 for updated signatures

Description of major duties and responsibilities (See attached)

COPIES: ☐ PAY/PERS  ☐ EMPLOYEE  ☐ EXEC. OFFICE  ☒ OPF  ☐ SUPV.  ☐ MPF/FILE  ☐ OIG

ED FORM EP II, 1/83

# Systems ACCOUNTANT
## GS-510-11

### I. INTRODUCTION

This position is located in the U.S. Department of Education. The incumbent of this position performs a variety of accounting duties, utilizing a professional knowledge of accounting principles and procedures in carrying out assignments.

### II. MAJOR DUTIES AND RESPONSIBILITIES

Duties typically performed include the following: formulating a variety of financial reports; serving as a member of a management team for organizations serviced and recommending the establishment of policies and procedures affecting the accounting system; advising management on regulatory requirements and changing program operations; devising accounting structures and procedures to satisfy regulatory or legislative changes; assisting management in applying financial data and recommending alternatives to resolve difficult problems; reconciling cash, accounts receivable, accounts payable, and other general ledger accounts; correcting all differences between the subsidiary ledger balances and the control account balances in the general ledger; providing accounting information and guidance to program officials; developing a segment of an automated accounting system; preparing procedural instructions for the development or implementation of automated accounting systems; reviewing, analyzing, and validating public and/or private sector financial and statistical data.

### III. FACTOR LEVELS

Factor 1 - Knowledge Required by the Position   FL 1-7 1250 points

Professional knowledge of accounting principles, practices, methods, and techniques to independently perform a variety of accounting assignments.

Knowledge of Federal accounting regulations, procedures, policies, and precedents to carry out complex accounting functions.

Knowledge of automated system design procedures to describe system specifications and requirements.

Knowledge of organizational or program practices, policies, functions, and programs to advise managers on changing program operations.

Skill in analyzing accounting systems in order to modify and adapt accounting practices to solve a variety of accounting problems.

Knowledge of generally accepted accounting principles of the United States to analyze financial data.

Factor 2 - Supervisory Controls          FL 2-4   450 points

The supervisor makes assignments by outlining the overall objectives and the available resources. The accountant and supervisor discuss time frames, scope of the assignment, and possible approaches. The accountant plans and carries out the assignment, resolving most conflicts that arise. Completed work is reviewed for soundness of overall approach, and effectiveness in meeting requirements or expected results.

Factor 3 - Guidelines                    FL 3-3   275 points

Guidelines consist of established precedents, standards, laws, regulations, and organization policy and are not completely applicable to the work. The incumbent uses judgment in choosing, interpreting, and adapting guidelines to specific cases or problems.

Factor 4 - Complexity                    FL 4-4   225 points

Assignments at this level are of more than average difficulty and require the application of a variety of principles and guidelines to specific case problems or individual situations. Decisions regarding what needs to be done require an assessment of a variety of conditions inherent in the design and operation of accounting systems. The accountant must often determine the nature and extent of problem areas and develop recommendations to solve specific problems and present alternative solutions to management.

Factor 5 - Scope & Effect                FL 5-3   150 points

The purpose of the work is to perform a variety of accounting tasks, applying conventional accounting principles and procedures. The work affects the operation and management of programs by providing accurate and timely financial data.

Factor 6 - Personal Contacts             FL 3b    110 points
Factor 7 - Purpose of Contacts

Contacts are with officials within and outside the immediate office, representatives of other Federal agencies, and outside organizations such as contractors, financial officers, or accountants of business firms. Contacts are made to plan, coordinate, or conduct accounting assignments and to resolve problems.

Factor 8 - Physical Demands              FL 8-1   5 points

The work is primarily sedentary.

Factor 9 - Work Environment              FL 9-1   5 points

The work is usually performed in an office setting.

**TOTAL POINTS - 2470**

IV. UNIQUE POSITION REQUIREMENTS

| Certification of Health Care Provider<br>(Family and Medical Leave Act of 1993) | U.S. Department of Labor<br>Employment Standards Administration<br>Wage and Hour Division  |
|---|---|

| (When completed, this form goes to the employee, **not to the Department of Labor**.) | OMB No.: 1215-0181<br>Expires:  07/31/03 |
|---|---|
| 1. Employee's Name | 2. Patient's Name *(If different from employee)* |

3. Page 4 describes what is meant by a "**serious health condition**" under the Family and Medical Leave Act. Does the patient's condition[1] qualify under any of the categories described? If so, please check the applicable category.

   (1) _____  (2) _____  (3) _____  (4) _____  (5) _____  (6) _____ , or None of the above _____

4. Describe the **medical facts** which support your certification, including a brief statement as to how the medical facts meet the criteria of one of these categories:

5. a. State the approximate **date** the condition commenced, and the probable duration of the condition (and also the probable duration of the patient's present incapacity[2] if different):

   b. Will it be necessary for the employee to take work only intermittently or to work on a less than full schedule as a result of the condition (including for treatment described in Item 6 below)?

   If yes, give the probable duration:

   c. If the condition is a **chronic condition** (condition #4) or pregnancy, state whether the patient is presently incapacitated[2] and the likely duration and frequency of episodes of incapacity[2]:

---

[1] Here and elsewhere on this form, the information sought relates only to the condition for which the employee is taking FMLA leave.

[2] "Incapacity," for purposes of FMLA, is defined to mean inability to work, attend school or perform other regular daily activities due to the serious health condition, treatment therefor, or recovery therefrom.

Form WH-380
Revised December 1999

6. a. If additional **treatments** will be required for the condition, provide an estimate of the probable number of such treatments.

If the patient will be absent from work or other daily activities because of **treatment** on an intermittent or part-time basis, also provide an estimate of the probable number of and interval between such treatments, actual or estimated dates of treatment if known, and period required for recovery if any:

b. If any of these treatments will be provided by **another provider of health services** (e.g., physical therapist), please state the nature of the treatments:

c. **If a regimen of continuing treatment** by the patient is required under your supervision, provide a general description of such regimen (e.g., prescription drugs, physical therapy requiring special equipment):

7. a. If medical leave is required for the employee's **absence from work** because of the **employee's own condition** (including absences due to pregnancy or a chronic condition), is the employee **unable to perform work** of any kind?

b. If able to perform some work, is the employee **unable to perform any one or more of the essential functions of the employee's job** (the employee or the employer should supply you with information about the essential job functions)? If yes, please list the essential functions the employee is unable to perform:

c. If neither a. nor b. applies, is it necessary for the employee to be absent from work for treatment?

8.  a. If leave is required to **care for a family member** of the employee with a serious health condition, **does the patient require assistance** for basic medical or personal needs or safety, or for transportation?

    b. If no, would the employee's presence to provide **psychological comfort** be beneficial to the patient or assist in the patient's recovery?

    c. If the patient will need care only **intermittently** or on a part-time basis, please indicate the probable **duration** of this need:

_____        _____
Signature of Health Care Provider                  Type of Practice

_____        _____
Address                                            Telephone Number

                                                   _____
                                                   Date

**To be completed by the employee needing family leave to care for a family member:**

State the care you will provide and an estimate of the period during which care will be provided, including a schedule if leave is to be taken intermittently or if it will be necessary for you to work less than a full schedule:

_____        _____
Employee Signature                                 Date

A "Serious Health Condition" means an illness, injury impairment, or physical or mental condition that involves one of the following:

1. Hospital Care

    Inpatient care (*i.e.*, an overnight stay) in a hospital, hospice, or residential medical care facility, including any period of incapacity$^2$ or subsequent treatment in connection with or consequent to such inpatient care.

2. Absence Plus Treatment

    (a) A period of incapacity$^2$ of more than three consecutive calendar days (including any subsequent treatment or period of incapacity$^2$ relating to the same condition), that also involves:

    (1) Treatment$^3$ two or more times by a health care provider, by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services (*e.g.*, physical therapist) under orders of, or on referral by, a health care provider; or

    (2) Treatment by a health care provider on at least one occasion which results in a regimen of continuing treatment$^4$ under the supervision of the health care provider.

3. Pregnancy

    Any period of incapacity due to pregnancy, or for prenatal care.

4. Chronic Conditions Requiring Treatments

    A chronic condition which:

    (1) Requires periodic visits for treatment by a health care provider, or by a nurse or physician's assistant under direct supervision of a health care provider;

    (2) Continues over an extended period of time (including recurring episodes of a single underlying condition); and

    (3) May cause episodic rather than a continuing period of incapacity$^2$ (*e.g.*, asthma, diabetes, epilepsy, etc.).

5. Permanent/Long-term Conditions Requiring Supervision

    A period of Incapacity$^2$ which is permanent or long-term due to a condition for which treatment may not be effective. The employee or family member must be under the continuing supervision of, but need not be receiving active treatment by, a health care provider. Examples include Alzheimer's, a severe stroke, or the terminal stages of a disease.

6. Multiple Treatments (Non-Chronic Conditions)

    Any period of absence to receive multiple treatments (including any period of recovery therefrom) by a health care provider or by a provider of health care services under orders of, or on referral by, a health care provider, either for restorative surgery after an accident or other injury, or for a condition that would likely result in a period of Incapacity$^2$ of more than three consecutive calendar days in the absence of medical intervention or treatment, such as cancer (chemotherapy, radiation, etc.), severe arthritis (physical therapy), and kidney disease (dialysis).

This optional form may be used by employees to satisfy a mandatory requirement to furnish a medical certification (when requested) from a health care provider, including second or third opinions and recertification (29 CFR 825.306).

*Note:* Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

---

$^3$ Treatment includes examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does not include routine physical examinations, eye examinations, or dental examinations.

$^4$ A regimen of continuing treatment includes, for example, a course of prescription medication (*e.g.*, an antibiotic) or therapy requiring special equipment to resolve or alleviate the health condition. A regimen of treatment does not include the taking of over-the-counter medications such as aspirin, antihistamines, or salves; or bed-rest, drinking fluids, exercise, and other similar activities that can be initiated without a visit to a health care provider.

### Public Burden Statement

We estimate that it will take an average of 10 minutes to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, Department of Labor, Room S-3502, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

***DO NOT SEND THE COMPLETED FORM TO THIS OFFICE; IT GOES TO THE EMPLOYEE.***



U.S. Office of Personnel Management

---

# Family and Medical Leave

## Entitlement

Under the Family and Medical Leave Act of 1993 (FMLA), most Federal employees are entitled to a total of up to 12 workweeks of unpaid leave during any 12-month period for the following purposes:

- the birth of a son or daughter of the employee and the care of such son or daughter;

- the placement of a son or daughter with the employee for adoption or foster care;

- the care of spouse, son, daughter, or parent of the employee who has a serious health condition; or

- a serious health condition of the employee that makes the employee unable to perform the essential functions of his or her positions.

Under certain conditions, an employee may use the 12 weeks of FMLA leave intermittently. An employee may elect to substitute annual leave and/or sick leave, consistent with current laws and OPM's regulations for using annual and sick leave, for any unpaid leave under the FMLA. (The amount of sick leave that may be used to care for a family member is limited. See "Sick Leave to Care for a Family Member with a Serious Health Condition") FMLA leave is in addition to other paid time off available to an employee.

## Job Benefits and Protection

- Upon return from FMLA leave, an employee must be returned to the same position or to an "equivalent position with equivalent benefits, pay, status, and other terms and conditions of employment."

- An employee who takes FMLA leave is entitled to maintain health benefits coverage. An employee on unpaid FMLA leave may pay the employee share of the premiums on a current basis or pay upon return to work.

## Advance Notice and Medical Certification

- An employee must provide notice of his or her intent to take family and medical leave not less than 30 days before leave is to begin or, in emergencies, as soon as is practicable.

- An agency may request medical certification for FMLA leave taken to care for an employee's spouse, son, daughter, or parent who has a serious health condition or for the serious health condition of the employee.

### Links

- 5/8/00 FMLA Changes (.pdf Format)
- Full FMLA Regulations
- 12/5/96 Regulations Federal Register version (.pdf Format)
- FMLA Medical Certification Form
- Expanded Family and Medical Leave Policies
- Questions and Answers on Expanded Family and Medical Leave Policies

### References

Public Law 103-3, February 5, 1999
5 U.S.C. 6381-6387; 5 CFR part 630, subpart L

- To Leave Administration Home Page
- To OPM Home Page
- To Website Index

Page updated 18 May 2000