**GEORGE C. JAMES, M.D.**
3905 NATIONAL DRIVE, SUITE 250
BURTONSVILLE, MD 20866
301 421 4233

March 11, 2003

To Whom It May Concern:

Re: Susan Johnson Valentic

Ms. Susan Johnson Valentic is under my care and is seen on a regular basis for the management of her symptoms of Major Depression and Generalized Anxiety Disorder. She is on maintenance medications which she will continue indefinitely. She had made plans several months ago for a vacation from 3/18/03 to 3/28/03. I am writing to recommend that she obtain the necessary leave time to go ahead with her vacation plans as it would otherwise cause a worsening of her symptoms of anxiety.

Sincerely,

*[signature]*

George C. James, M.D.


EXHIBIT
Johnson 12
12-7-06


GOVERNMENT EXHIBIT 12