**George C. James, M.D.**
3905 National Drive, Suite 250
Burtonsville, MD 20866
301 421 4233

May 2, 2003

To The United States Department of Education:

Re: Susan Johnson

    As Ms. Johnson's psychiatrist, I have written letters previously to recommend certain accommodations for Ms. Johnson due to her symptoms of depression and anxiety. Ms. Johnson's condition is chronic and may vary in intensity from time to time depending on external circumstances and stressors.

    Ms. Johnson's level of depression and anxiety has been exacerbated by a number of recent stressors. These include resistance to reasonable accommodations at work, a lack of resolution regarding her EEOC claim and the negative environment she feels at work. These stressful conditions are likely to persist as long as her EEOC claim remains unresolved. As a result, Ms. Johnson will be unable to return to work place for a minimum of 6 months. I will periodically review her progress and inform you when she is ready to return to work. She may require certain accommodations at that time under the Americans with Disabilities Act.

Sincerely,


George C. James, M.D.



