

**UNITED STATES DEPARTMENT OF EDUCATION**

WASHINGTON, D.C, 20202-_____

JAN 16 2004





## MEMORANDUM

TO : Susan Johnson
   Accountant

FROM : Mack Lawrence, Supervisor
   Grant Program, Admin Rpt and Recon Group (ELRG)

SUBJECT : Reasonable Accommodation

I have reviewed Dr. George C. James' letter dated November 9, 2003, which states that your "underlying depression and anxiety are not conditions that preclude [you] from returning to work at the Department of Education." He also states that he has "concluded that in [his] opinion, it would be extremely detrimental to Ms. Johnson's mental health for her to return to the workplace."

Based on your psychiatrist's earlier submitted statement of May 2, 2003, you were placed on Leave Without Pay (LWOP) status not to exceed November 6, 2003. Based on this latest statement from your psychiatrist, I am granting a continued extension of your LWOP status thereby excusing your prolonged absence from the workplace.

I note that a leave audit shows that since PP06 2003, you have been carried on a straight 80 hour-LWOP status for each pay period. Prior to that, since the start of the 2003 pay calendar (pp 01 to 05), 254 hours-LWOP. Back in March 2003, you were notified of your rights under the Family Medical Leave Act (FMLA) to 12 weeks of paid or unpaid absences from the workplace. You have greatly exceeded that amount.

Even though your psychiatrist states that you have a disability, this does not change the fact that your continued absence places a burden on the remaining workforce and impacts negatively on the efficiency of the service. In such a situation, Federal Regulations and Departmental policy prohibit the granting of LWOP to an employee who is unlikely to continue employment. As such, I am restricted from granting you continued LWOP status indefinitely after your FMLA allowance of 12 weeks expires for the calendar pay year 2004, which will be this forthcoming April.

Based on these circumstances, the Department of Education will be examining whether reassigning you into a vacant position at your current grade or at a lower pay level is

viable as a form of reasonable accommodation. In doing this, ED will look for positions with the following criteria in mind: You must be qualified for the new position, which means that you (1) satisfy the requisite skill, experience, education, and other job-related requirements of the position, and (2) can perform the essential functions of the new position, with or without reasonable accommodation.

Based on the qualifications listed in your SF-171 you were found to be qualified for your current position of Accountant (GS-510), as well as the following series: Financial Management Specialist (GS-501) and the General Administrative Series (GS-301). If the Department is unable to find a current vacancy in these series, then the Department will also look at Program Support Personnel series (GS-303) at a lower grade. Reassignment may only be offered at the lower grade; however, a final offer of a reassignment to a lower graded position would have to be voluntarily accepted by you before the Department finalizes any further efforts.

In carrying out this search, it would be helpful for you to provide us with information regarding your interests and any additional qualifications not listed on your SF-171. You may wish to provide additional information from your health providers on limitations that might apply to a given type of job. This would prove helpful if there are other available positions in other series or locations, etc., for which you might qualify. It would also be helpful for you to provide us information on what you need to enable you to work full time in any of these positions, unless a reasonable approach is to have you work on a part-time basis. Your assistance is encouraged in this search since this should be a mutual effort. You can utilize EdHIRES, look at vacancies on the ED job openings page of ConnectED and make inquiries of your own.

Please provide this information by February 6, 2004. If you need an extension of time to provide the documentation, please submit a written explanation of the need for the extension and state the date by which you can submit the information. Otherwise, the information requested should be submitted in an envelope marked "Confidential" to me at the following address:

> Mack Lawrence
> U.S. Department of Education
> Office of the Chief Financial Officer
> Supervisor, Grant Program, Admin Rpt and Recon Group (ELRG)
> Room 4C134, FB-6
> 400 Maryland Avenue, S.W.
> Washington, D.C. 20202

You may contact me at (202) 295-2427 if further information or assistance is needed to satisfy this request for information. Also, if you believe more medical evidence should be submitted, you may request that this type of information only be sent to the Department's medical consultant