

UNITED STATES DEPARTMENT OF EDUCATION

WASHINGTON, D.C, 20202-_____

MAR 3 2004

MEMORANDUM

TO : Susan Johnson
Accountant

FROM : Mack Lawrence, Supervisor
Grant Program, Admin Rpt and Recon Group (ELRG)

SUBJECT : Reasonable Accommodation

This is a follow up to my memorandum dated January 16, 2004. In that memo I informed you that the Department of Education would be examining whether reassigning you into a vacant position at your current grade or at a lower pay level is a viable form of reasonable accommodation. We asked for your input regarding your interests and any additional qualifications not listed on your SF-171, as well as any information from your health providers on limitations that might apply to a given type of job. You were asked to provide this information by Friday, February 6, 2004. You did not respond by the February 6, 2004, reply date.

Nonetheless, we believe your input is important and would prove helpful in our efforts to assist you; therefore, we are providing you with an additional opportunity to provide input into this process of searching for a possible reassignment for you. In addition to the information discussed in the paragraph above, it would also be helpful for you to provide information on what you need to enable you to work full time, unless a reasonable approach is to have you work on a part-time basis. The information being requested would prove helpful whether there are available positions in the following series: Accountant (GS-510); Financial Management Specialist (GS-501); General Administrative Series (GS-301); Program Support Personnel series (GS-303) at a lower grade or if there are other series or locations, etc., for which you believe you might qualify.

Once again we encourage your participation in this process, as this search should be a mutual effort. As a further reminder, we encourage you to utilize EdHIRES, look at vacancies on the ED job openings page of ConnectED and/or make inquiries of your own.

GOVERNMENT EXHIBIT 16

EXHIBIT Johnson 17 12-7-06

www.ed.gov

*Our mission is to ensure equal access to education and to promote educational excellence throughout the Nation.*

You are being asked to provide this information to me by COB Friday, March 12, 2004, in a sealed envelope marked "Confidential" to the following address:

>Mack Lawrence
>U.S. Department of Education
>Office of the Chief Financial Officer
>Supervisor, Grant Program, Admin Rpt and Recon Group (ELRG)
>Room 4C134, FB-6
>400 Maryland Avenue, S.W.
>Washington, D.C. 20202

We would like to utilize the time remaining in your 12-weeks of Leave Without Pay (LWOP) under the Family Medical and Leave Act (FMLA) to look into your possible reassignment. Please note, your entitlement to LWOP under the FMLA ends April 5, 2004. If we do not hear back from you or you do not return to work that day, no further consideration will be given to reassignment. Additionally, if you do not report for duty and/or provide acceptable medical documentation to support further absences, the Department may have no choice but to charge you with Absence Without Leave (AWOL). While AWOL in and of itself is not a disciplinary action, being in an AWOL status may lead to appropriate disciplinary action. Such disciplinary action may include or lead to your removal from the Department's rolls and the Federal Service

If you are unable to return to duty, you may submit additional medical information for review. Any information you provide in response to this memorandum will be considered in whatever decision the Department makes.

You may contact me at (202) 205-2427 if further information or assistance is needed to satisfy this request for information.