

UNITED STATES DEPARTMENT OF EDUCATION

WASHINGTON, D.C, 20202- _____

MAR 2 5 2004

### MEMORANDUM

TO       :   Susan Johnson
             Accountant

FROM     :   Mack Lawrence, Supervisor
             Grant Program, Admin Rpt and Recon Group (ELRG)

SUBJECT  :   Termination of Family and Medical Leave Act Benefits

This purpose of this letter is to remind you that your current entitlement to Leave Without Pay (LWOP) under the Family and Medical Leave Act (FMLA) ends Monday, April 5, 2004.

We expect you to return to the office on Monday, April 5, 2004. If you are unable to return to duty, you may submit additional medical information for review. If you do not report for duty and/or provide acceptable medical documentation to support further absences, the Department may have no choice but to charge you with Absence Without Leave (AWOL). While AWOL, in and of itself, is not a disciplinary action, being in an AWOL status may lead to appropriate disciplinary action. Such disciplinary action may include or lead to your removal from the Department's rolls and the Federal Service.

Any information you provide in response to this memorandum will be considered in whatever decision the Department makes. Should we not hear from you, your receipt of this notice will be presumed no later than five calendar days from mailing.

If you have questions about this notice, you may contact me at (202) 205-2427.





www.ed.gov

Our mission is to ensure equal access to education and to promote educational excellence throughout the Nation.