UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---

Susan E. Johnson
5902 Mt. Eagle Drive, # 1601
Alexandria, Virginia 22303

    **Plaintiff**

    v.                                          CIVIL ACTION NO. 06-0321 (GK)

**Margaret Spellings, Secretary**
**U.S. Department of Education**
**400 Maryland Avenue, S.W.**
**Washington, D.C. 20202**

    **Defendant**

---

### STATEMENT OF DR. GEORGE C. JAMES, M.D.
### FOR PLAINTIFF SUSAN E. JOHNSON

I, George C. James, M.D., declare, under penalty of perjury, that this statement containing my medical report regarding Susan E. Johnson (married name, Valentic) is true and correct.

I am a board-certified psychiatrist, Diplomate, American Board of Psychiatry. A summary of my qualifications is attached, following my statement.

# GEORGE C. JAMES, M.D.
3905 NATIONAL DRIVE, SUITE 250
BURTONSVILLE, MARYLAND 20866
301 421 4233/ FAX 301 421 9551

September 5, 2006

| | |
|---|---|
| **PATIENT:** | Susan E. Johnson |
| **DATE OF BIRTH:** | 5/21/1966 |
| **SOCIAL SECURITY #:** | 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 |
| **PATIENT ADDRESS:** | 5902 Mt. Eagle Drive, #1601 |
| | Alexandria, VA 22303-2513 |

Information for this psychiatric summary was obtained from my records and from previous reports prepared for Ms. Susan Johnson.

**HISTORY OF ILLNESS:**

Ms. Susan Johnson was under my care from 1994 to October 2004 and transferred to the care of her current psychiatrist after a hospitalization in January 2005. Ms. Johnson has been in treatment since 1989 and switched to my care in 1994. She was seen by me primarily for pharmacological management of her Major Depression and Anxiety Disorder. Ms. Johnson has a history of four psychiatric hospitalizations. She transferred to my care after her third hospitalization at Laurel Regional Hospital in 1994. All of her hospitalizations occurred due to a significant worsening of her depressive symptoms accompanied by suicidal thoughts or following a suicide attempt.

Ms. Johnson was seen by me on a monthly basis, to manage and prevent a recurrence of her symptoms of anxiety and depression. She went through several medication adjustments during the course of her treatment with me in an attempt to improve her mood and reduce the symptoms of anxiety. While under my care, she was last on an anti depressant, Effexor-XR 150 mg twice daily and an anti anxiety medication, Xanax 0.25 mg twice daily, as needed. Prior to this, she had been on other antidepressant medications and also on Lithium, a mood stabilizer.

1

She stopped working in February 2003 due to the severity of her symptoms and inability to find a supportive work environment to accommodate her illness. However, even though she had not been working since 2003, she continued to have significant symptoms of anxiety and episodic symptoms of depression. Her depressive symptoms typically worsened in the winter months or if she experienced a prolonged period of stress. In order to maintain her job, accommodations were requested as early as January 1995. She was unable to work on a consistent basis and often missed several days of work each month whenever her symptoms worsened. Although Ms. Johnson tried several medications to treat her condition, she did not experience a consistent steady improvement from all of her symptoms.

Ms. Johnson never fully recovered from her symptoms of anxiety or depression. She would have periods of improvement from her depressive symptoms but never really saw significant improvement of her anxiety symptoms. She received individual psychotherapy from Mary Jo Wilson to help her cope with her symptoms and to explore any external reasons for her symptoms of anxiety and depression. She experienced gastrointestinal symptoms of nausea and stomach cramps as part of her anxiety symptoms. She also had significant symptoms of social anxiety and had a great deal of difficulty leaving the house for shopping or dining. She also experienced symptoms of fatigue. These symptoms interfered with her work and social life, even after she stopped working.

Ms. Johnson was also on an anti- hypertensive medication to treat her blood pressure elevation. She was also on Rhinocort and birth control pills. These were monitored by her Primary Care Physician.

Ms. Johnson's symptoms of anxiety were chronic whereas her symptoms of depression were episodic. It appeared that her anxiety symptoms restricted her significantly in her everyday life. Her chronic anxiety, along with the episodic depressive symptoms warranted a request for accommodations at work to help her stay productive. It was advised that a flexible work schedule provided the best situation for Ms. Johnson to help her stay productive at work.

Ms. Johnson struggled with her symptoms for more than ten years, and accommodations at work were requested as early as January 1995 due to her ongoing symptoms of anxiety and episodic depressive symptoms. She had worked for several years with accommodations that were provided by her employer. She stopped working as of February 14, 2003 after her employer ceased to provide the recommended accommodations at work.

**MENTAL STATUS EXAM**

Ms. Johnson was last seen by me on 10/26/2004. At that time, she reported feeling depressed, partly due to her unemployment. She was seeing her therapist every two to three weeks. She reported that she tended to obsess about her issues at night and noted that her anxiety, although chronic, was worse prior to her menstrual periods. She was observed to be depressed and reported difficulty with sleep as she often worried and obsessed about work-related matters. She had filed a complaint with EEOC regarding the fact that her employer had not provided her with reasonable accommodations at work. This legal matter had a prolonged course and appeared to contribute to her anxiety symptoms. Her appetite was noted to be fair then. She denied symptoms of nausea but admitted to occasional headaches. She admitted to having difficulty completing all of her chores and responsibilities. Her motivation was poor, she tended to procrastinate and would often isolate. She also complained about feeling tired and would take naps during the day due to her level of fatigue and tiredness. At this visit, her dose of Effexor was increased from 225 mg daily to 300 mg daily in an attempt to treat some of the depressive and anxiety symptoms she had been experiencing.

During the previous follow up visit in August 2004, she was doing "pretty good" and felt "happy" most of the time. Her mood was noted to be improved at that point, but she continued to isolate and often avoided situations that caused her anxiety. She continued to have sleep difficulties and had a tendency to take naps during the day. She reported a decrease in anxiety symptoms during that visit. She was cooperative and appropriate during these visits. There were no concerns regarding her cognitive functioning.

Her mental status described above is quite typical of her presentation during her follow-up visits she had over the years. She would experience a temporary worsening of her anxiety and/or depression for extended periods and, at other times, felt a bit better. Medication adjustments were made depending on the severity of her symptoms. Ms. Johnson was compliant with her medications and kept her follow up visits on a fairly regular basis. Any information regarding her symptoms and stressors that preceded her most recent hospitalization may be obtained from her current psychiatrist and from Fairfax Inova Hospital.

**DIAGNOSIS:**

Axis I.  Major Depression, Recurrent

  Generalized Anxiety Disorder

  The possibility of a Bipolar Type II illness was also being considered.

Axis II. Deferred

Axis III. Hypertension

Axis IV. Moderate

Axis V.  GAF when last in seen in October 2004 was 50

  Highest GAF in the past year was 55

**RECOMMENDATIONS:**

Ms. Susan Johnson was advised to continue with pharmacological management of her condition and was to continue on her recommended medications. She had follow up visits with me every one to two months and was advised to follow up with Mary Jo Wilson for individual psychotherapy. After her most recent psychiatric hospitalization in January 2005, she transferred her care to her current psychiatrist. This psychiatrist is closer to her home, and this arrangement has been more convenient for Ms. Johnson. In my opinion, Ms. Johnson was clearly having difficulties with functioning at her job due to her episodic symptoms of depression and chronic generalized and social anxiety. Unless significant accommodations were provided, it was felt that she would have great difficulty working her regular job. Accommodations were requested during her earlier years at work and this was initially granted but denied as of February 2003.

Although Ms. Johnson's condition is chronic, she may experience brief periods of improvement with medications. Her prognosis is guarded due to her chronic intermittent episodes of depression and chronic anxiety symptoms despite several trials of medication treatment. The primary treatment goal was to achieve maximum mood stability and relief from anxiety symptoms through medications and psychotherapy.

*[signature]*
George C. James, M.D.

4

# CURRICULUM VITAE

## George C. James, M. D.

**PERSONAL DATA:**

| | | |
|---|---|---|
| Address: | Office: | 3905 National Drive, Suite 250 Burtonsville, MD 20866. |
| | Residence: | 1440 Coventry Meadows Drive Sykesville, MD 21784. |

| | | |
|---|---|---|
| Telephone No: | Office: | (301) 421-4233. |
| | Voice Mail/Pager: | (301) 486 3542. |
| | Cell: | (240) 603-1742 |
| | Res.: | (410) 489 9203. |

Date of Birth: September 13, 1960.
Place of Birth: Changanacherry, Kerala, India.
Citizenship: United States of America.
Social Security No: 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.

**EDUCATION:**

July 1976 – June 1982: Stanley Medical College, University of Madras, India. Received M.B.B.S. degree in September 1983 after completion of compulsory rotatory internship.

July 1973 - June 1976: Passed the All India Higher Secondary Examination with Distinction in Science and Mathematics from Central School, I.I.T., Madras, India.

**TRAINING:**

August 1986 - June 1990: Psychiatry Residency training at Albert Einstein Medical Center, York and Tabor Roads, Philadelphia, PA 19141.

July 1982 - July 1983: Rotatory Internship at Government Stanley Hospital, Madras, India.

**EXPERIENCE:**

Jan. 2001 – present: Private psychiatric practice providing psychiatric evaluations and pharmacological management.

Dec 2001 – present: Clinical Director, Mobile Treatment Services, Carroll County Youth Service Bureau, Westminster, MD 21157

| | |
|---|---|
| Jan. 1998 – Dec 2001: | Part-time private practice with Carroll Counseling Center, Eldersburg, MD providing psychiatric consultations and pharmacological management. |
| Jan 1998 – Dec 2000: | Part- time private practice with Town Center Psychiatric Associates, LLC providing in-patient and outpatient services |
| July 1993 - Jan. 1998: | Full-time private practice with Drs. Joshi and Merchant, M.D., P.A., 1101 St. Paul Street, Suite 401, Baltimore, MD 21202. |
| July 1996 - July 1997: | Vice Chairman, Department of Psychiatry, Laurel Regional Hospital, Laurel, MD 20707. |
| May 1991 - Feb. 1994 | Staff psychiatrist at Franklin Square Hospital, Baltimore, MD 21237. |
| July 1990 - April 1991: | Private practice in psychiatry, specializing in management of psychological issues in patients with chronic pain. |
| Jan. 1989 - Dec. 1989: | Chief Resident in Psychiatry, Albert Einstein Medical Center, Philadelphia. |
| August 1984 - July 1986: | Physician at Central New York Psychiatric Center, Marcy, NY 13403. Responsibilities included managing acute and chronic care psychiatric patients. |

## LICENSES, EXAMINATIONS:

| | |
|---|---|
| Maryland Medical License: | D 40075. |
| DEA Number: | BJ 1175036. |
| American Board of Psychiatry and Neurology: | Cert. No. 36215 (Nov. 1992) |

## AWARDS:

| | |
|---|---|
| June 1990: | Outstanding resident in Psychiatry Award. |

## MEMBERSHIPS:

| | |
|---|---|
| Member: | American Psychiatric Association. Maryland Psychiatric Society. |

## HOSPITAL PRIVILEGES:

| | |
|---|---|
| July 1993 – June 2005: | Laurel Regional Hospital, Laurel, MD. |
| June 1998 - Sept 2001: | Washington Adventist Hospital, Takoma Park, MD. |
| Jan 2005 – Present : | Franklin Square Hospital, Baltimore, MD. |

# GEORGE C. JAMES, M.D.

3905 NATIONAL DRIVE, SUITE 250
BURTONSVILLE, MARYLAND 20866
301 421 4233/ FAX 301 421 9551

September 8, 2006

Richard E. Johnson
Attorney for Susan E. Johnson

Dear Mr. Johnson:

I am writing to inform you of my fees for the preparation of the report on Ms. Susan Johnson and for my services if I am called as an expert witness.

Fee for preparation of psychiatric summary dated September 5, 2006 is $100.00

My fee for my time as an expert witness is $250.00 per hour. Any travel time required for the case is also billed. Please notify me at least four weeks in advance if my presence is requested.

Sincerely,

George C. James, M.D.

## CERTIFICATE OF SERVICE

I certify that the "Statement of Dr. George C. James, M.D., for Plaintiff Susan E. Johnson", signed September 5, 2006, in Civil Action No. 06-0321 (GK), *Johnson v. Spellings*, has been sent to John F. Henault, Assistant U.S. Attorney, Department of Justice, Washington, D.C., by U.S. Postal Service priority mail on September 15, 2006.

In addition, a copy thereof has been e-mailed to Mr. Henault on September 15, 2006.

*Richard E. Johnson*
Richard E. Johnson
Counsel for the Plaintiff
District of Columbia Bar # 86686
3522 Majestic Lane
Bowie, Maryland 20715-1604
Phone and fax number: 301-262-9658
E-mail: richard-johnson@verizon.net

September 15, 2006