UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

---

Susan E. Johnson
5902 Mt. Eagle Drive, # 1601
Alexandria, Virginia 22303

    **Plaintiff**

    v.                                                      CIVIL ACTION NO. 06-0321 (GK)

Margaret Spellings, Secretary
U.S. Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202

    **Defendant**

---

## STATEMENT OF MARY JO WILSON, CERTIFIED NURSE PSYCHOTHERAPIST, FOR PLAINTIFF SUSAN E. JOHNSON

    I, Mary Jo Wilson, Certified Nurse Psychotherapist, R.N., M.S.N., C.S.-P., declare, under penalty of perjury, that this statement containing my report as a health care professional regarding Susan E. Johnson (married name, Valentic) is true and correct.

    I am a Certified Nurse Psychotherapist. A summary of my qualifications is attached, following my statement.

## SWORN DECLARATION OF MARY JO WILSON, R.N., M.S.N., C.S.P.

I, Mary Jo Wilson, R.N.,M.S.N., C.S.-P., declare, under penalty of perjury, that the following statement of mine is true and correct. I am a Certified Nurse Psychotherapist.

I first met Ms. Susan Johnson in 1989, following a suicidal episode, when her parents brought her to the office of psychiatrist Dr.Thomas J. Lustberg, when I was a member of that practice. On my recommendation, she was immediately admitted for a month's hospitalization at the Psychiatric Institute of Montgomery County, Maryland, where she was under the care of psychiatrist Dr. Louise Postman. After her discharge from the hospital, Dr. Lustberg was the psychiatrist responsible for her care and medication management. In 1990, Ms. Johnson had another suicidal episode, and she was re-admitted for a month's hospitalization at the Psychiatric Institute of Montgomery County, again under the care of Dr. Postman. Ms. Johnson was under the care of Dr. Postman until August 1993. I became Ms. Johnson's therapist sometime after the second hospitalization but I am not sure of the exact date as those records are in either Drs. Postman or Lustberg office. My records go back to 1993 when I went into private practice. Since 1993, Ms. Johnson has also been under the care of Dr. George James. Ms. Johnson had another suicide attempt in 1994, which required hospitalization for several weeks at Laurel Regional Hospital. Dr. James has been her psychiatrist continuously since 1993 and I have been her therapist. During this time, Dr. James and I have coordinated and consulted in providing care and treatment for Susan.

Over the years, Ms. Johnson has struggled and continues to struggle with a debilitating anxiety and episodes of severe depression that has significantly impacted her life. Due to the severity of her depression she lived at home for many years requiring the support of her parents. While living at home she was reportedly not able to perform many tasks other than taking care of her basic needs. There were long periods when she was not able to drive due to severe fatigue and uncertainty about her ability to respond effectively while on the road. There were days and weeks when the fatigue associated with the depression as well as the anxiety prevented her from leaving the home. Ms. Johnson's anxiety has often been manifested as gastro intestinal problems, which would be particularly troublesome in the mornings. However, the problems were not limited to the morning but would occur in other parts of the day resulting in Susan leaving work prematurely. It was an attempt to maintain productivity at work that prompted a request for a more flexible schedule.

Although Ms. Johnson is living more independently at this time, the depression and anxiety has impacted her functioning on a continuous basis. Ms. Johnson has very few social contacts and seems to have limited capacity for any maintained activity of either a physical or social nature. There are still times when she is not comfortable driving due to her fatigue and anxiety. Ms. Johnson has always had great pride in her work and takes her responsibilities seriously. Over the years Dr. James has requested that Ms. Johnson

be allowed certain accommodations at work to provide the best situation for her functioning. Over the last several years, Ms. Johnson has reported feelings of discrimination at work, against her as an individual with a mental illness as well as a questioning of her need for accommodations regarding her work schedule. Ms. Johnson symptoms of anxiety and depression have intensified in this situation resulting in a decrease in functioning and an absence from work.

Ms. Johnson has had periods of relative relief from depressive symptoms with medication and psychotherapy. The symptoms of anxiety have been more refractory in nature. Her response to medication can vary with the month of the year as well as the level of stress. This pattern seems to be a marker of her particular illness. Fortunately there has been an absence of suicidal feelings or ideation over the last years and no need for hospitalization. However, this in no way suggests that this is not an ongoing chronic illness with intermittent acute episodes that requires continual medication management and psychotherapy.

In reviewing my progress notes of 2004, Ms. Johnson's symptoms appear to have been exacerbated when her employment was terminated by the Department of Education as well as the dismissal of her Employment Discrimination case.

*[Signature: Mary Jo Wilson R.N., M.S.N., C.S.-P.   9/10/06]*

Mary Jo Wilson R.N.,M.S.N.,C.S.-P.
7257-C Hanover Pkwy
Greenbelt, MD 20770
301-474-1679
September 10, 2006

---

I have no publications that I have authored within the last ten years.
I have never testified as an expert at a trial or by deposition.
Rate as expert-$150.00 per hour

**Mary Jo Wilson R.N.,M.S.N.,C.S.-P.**
7257-C Hanover Parkway
Greenbelt, Maryland 20770
301-474-1679

**Education:** Masters of Science in Nursing
Specialization in Psychiatric-Mental Health
Catholic University of America,
Washington, D.C., 1980

B.A. in Sociology with a Minor in Counseling
University of Maryland,
College Park, Maryland, 1976

R.N., Mercy Hospital School of Nursing
Baltimore, Maryland, 1965

**Honors:** Phi Kappa Phi, University of Maryland

**Certification:** Clinical Specialist in Adult Psychiatric and Mental Health Nursing
American Nurses Association

**Special Training:** Eye Movement Desensitization and Reprocessing (EMDR)
Brief Strobic Photostimulation

**Current Position:** Psychotherapist in Private Practice, 1993 to Present

| 7257-C Hanover Parkway | 11021 Ardwick Drive |
|---|---|
| Greenbelt, Maryland 20770 | Rockville, Maryland 20852 |
| 301-474-1679 | 301-474-1679 |

Duties: Management of the practice. I provide individual, couple, family and group therapy.

**Previous Position:** Psychotherapist

Psychiatric and Psychotherapy Services
15225 Shady Grove Road, Suite 301
Rockville, Maryland 20850
Employment Dates: 1993 to 1995

Duties: Associate in a group mental health practice. I provided individual, couple and family therapy,

**Previous Position:** Psychotherapist

Springhill Center for Adolescent and Family Services,
College Park, Maryland
Clinical Supervisors: Thomas Lustberg, MD; Jade Chen, PhD
Employment Dates: 1990 to 1993

Duties: Associate in a mental health practice. I provided individual, couple, family and group therapy. Responsibilities also included program development for the practice.

**Previous Position:** Coordinator, Crisis Service

Psychiatric Institute of Montgomery County
Rockville, Maryland 20850, 301-982-0177
Supervisors: John Meeks, MD; Tina Shore, MSN, CS-P
Employment Dates: 1988 to 1990

Duties: Coordination of psychiatric services in Prince Georges County for the Institute. Responsibilities included program development as well as resource development for the county area. Clinical responsibilities included crisis intervention and short-term therapy. Also worked approximately fifteen hours a week as a psychotherapist at the Springhill Center for Adolescent and Family Services. My work with the practice included individual, family and couple therapy.

**Previous Position:** Coordinator of Psychiatric Services

Walter P. Carter Center, Bnter, Baltimore, Maryland 21201
Clinical Supervisor: Howard Pressman, MD
Employment Dates: 1983 to 1988

Duties: Served as State of Maryland Coordinator for Psychiatric Services for the Intensive Behavior Management Program at the Carter Center. I provided individual therapy for selected patients as well as short-term counseling to families. I played a major role in developing a psychotropic medication review program. I also conducted seminars and made presentations regarding the program throughout the state.

**Previous Position:** Psychiatric Nurse Practitioner

Great Oaks Center, Silver Spring, Maryland
Clinical Supervisor: Howard Pressman, MD
Employment Dates: 1980 to 1983

Duties: Served as psychiatric nurse specialist. I developed and directed the psychotropic medication review program. I provided individual and family therapy. I also developed and co-lead parent and client groups.

**Teaching Experience:** Psychiatry and the Mentally Retard Population
Western Maryland College, Westminster, Maryland, 1986

Health Services for the Developmentally Disabled, Interdisciplinary Resources, Severn, Maryland, 1984-1986

## Summary of Other Professional Experience:

Community Health Nurse
Visiting Nurse Association of Washington, D.C., 1969 to 1974

Staff nurse and team leader in acute medical settings at Providence Hospital in Washington, D.C. and Mercy Hospital in Baltimore, Maryland, 1965 to 1969

## CERTIFICATE OF SERVICE

I certify that the "Statement of Mary Jo Wilson, Certified Nurse Psychotherapist, for Plaintiff Susan E. Johnson", signed September 10, 2006, in Civil Action No. 06-0321 (GK), *Johnson v. Spellings*, has been sent to John F. Henault, Assistant U.S. Attorney, Department of Justice, Washington, D.C., by U.S. Postal Service priority mail on September 15, 2006.

In addition, a copy thereof has been e-mailed to Mr. Henault on September 15, 2006.

                                                                                                                  */s/ Richard E. Johnson*
Richard E. Johnson
Counsel for the Plaintiff
District of Columbia Bar # 86686
3522 Majestic Lane
Bowie, Maryland 20715-1604
Phone and fax number: 301-262-9658
E-mail: richard-johnson@verizon.net

September 15, 2006