UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN E. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0321 (GK) |
| | ) |
| MARGARET SPELLINGS, | ) |
| DEPARTMENT OF EDUCATION | ) |
| | ) |
| Defendant. | ) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Heather Graham-Oliver, Assistant U.S. Attorney (AUSA), as new counsel of record in the above-captioned matter and withdraw the appearance of AUSA John Henault.

Respectfully submitted,

_____/s/_____
HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 305-1334