# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUSAN E. JOHNSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 06-0321 (GK)** |
| | ) |
| **MARGARET SPELLINGS,** | ) |
| **DEPARTMENT OF EDUCATION** | ) |
| | ) |
| **Defendant.** | ) |

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME
## TO FILE FINAL SUBMISSIONS

The defendant respectfully requests, pursuant to Fed. R. Civ. P. 6, an enlargement of time until Monday, September 15, 2008, to file its final submissions. Counsel for plaintiff has been contacted pursuant to LCvR 7(m), and has consented to this motion. The reason for this short extension is because undersigned counsel has ordered the transcript of the evidentiary hearing held on September 4, 2008. As of the close business, September 12, 2008 the transcript has not been received. Undersigned counsel has been informed that the transcript will be completed and submitted by Monday, September 15, 2008. Plaintiff's testimony as set forth in the transcript will be used to support defendant's final submissions. Accordingly, undersigned counsel is requesting a brief extension to complete its filing.

Respectfully submitted,

/s/

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/

_____

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/

_____

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334