UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN E. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0321 (GK) |
| | ) |
| MARGARET SPELLINGS, | ) |
| DEPARTMENT OF EDUCATION | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO FILE FINAL SUBMISSIONS**

    The defendant respectfully requests, pursuant to Fed. R. Civ. P. 6, an enlargement of time until Wednesday, September 17, 2008, to file its final submissions.  Counsel for plaintiff has been contacted pursuant to LCvR 7(m), and has consented to this motion.  The reason for this short extension is because undersigned counsel became ill today and has left the Office.  In addition, counsel just recently received the transcript necessary for its submission.  This additional time will allow counsel to recover and complete this filing.  Accordingly, undersigned counsel is requesting until September 17, 2008 to complete its filing.

                                                 Respectfully submitted,

                                                 /s/
                                        _____
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney


                                                 /s/
                                          _____
                                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                                        Assistant United States Attorney

                                                  /s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334